# 610

Opin-ion filed March 11, 1930. Rehearing denied March 24, 1930.
William R. Wiley, for appellant. Frank H. Repetto, for appellees.
Mr. Justice Gridley delivered the opinion of the court.

Bee Kerins, appellee, v. City of Chicago, appellant. Gen. No. 33,902.

Opinion filed March 11, 1930.
Samuel A. Ettelson, Corporation Counsel and William D. Saltiel,
City Attorney, for appellant; Theodore Levin and Roy S. Gaskill,
Assistant Corporation Counsel, of counsel. No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.

Lord C. H. E. Zeigler, appellant, v. Wieland Dairy Company, appel lee. Gen. No. 33,911.

Opinion filed March 11, 1930.
Bulkley, More, Poynton & Overmyer, for appellant. Edward Maher, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

Joseph Leiter et al., appellants, v. Siegel, Cooper & Company et al., appellees. Gen. No. 33,557.

Opinion filed March 11, 1930. Rehearing denied March 24, 1930.
Fyffe & Clarke and John Harrington, for appellants. Thomas L.
Marshall, Glen A. Lloyd, Herman L. Ellsworth and Albert G. Duncan,
for appellees; Fisher, Boyden, Bell, Boyd & Marshall, Rosenthal,
Hamill & Wormser and Arthur B. Schaffner, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

O. M. White, appellee, v. Mandel Brothers, appellant. Gen. No. 33,608.

Opinion filed March 11, 1930.